UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Bayside Interiors, Inc.,

Plaintiff(s),

v.

Travelers et al.,

Defendant(s).

Case No. 5:26-cv-08188

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John Paul Eggum, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Illinois Union Insurance et al. in the above-entitled action. My local co-counsel in this case is Edward P. Murphy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 182778.

| | |
|---|---|
| 222 La Salle St., 1400, Chicago, IL, 60601<br>MY ADDRESS OF RECORD | 200 Pringle Ave., 410, Walnut Creek, CA, 94596<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312-863-5000<br>MY TELEPHONE # OF RECORD | 925-357-8640<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jeggum@fgppr.com<br>MY EMAIL ADDRESS OF RECORD | emurphy@fgppr.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6296314.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/07/2026

John Paul Eggum
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Paul Eggum is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 10, 2026

Susan van Keulen
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

# Certificate of Admission To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

John Paul Eggum

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2008 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of August, 2024.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois